# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

| | |
|---|---|
| United States of America<br>v.<br>**KEITH ALLEN TAYLOR**<br>*Defendant* | )<br>) Case No.  2:12mj 319<br>)<br>)<br>) |

FILED
AUG - 3 2012
CLERK, U.S. DISTRICT COURT
NORFOLK, VA

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

Between on or about <u>July 2011 to June 1, 2012</u>, in the city/county of <u>Portsmouth</u>, and in the <u>EASTERN</u> District of <u>VIRGINIA</u>, and elsewhere, the defendant violated:

*Code Section*  
21 U.S.C. §§ 952, 963

*Offense Description*  
Conspiracy to Import into the United States Methylone, a Schedule I Controlled Substance

This criminal complaint is based on these facts:

X   Continued on the attached sheet. Please see attached Affidavit.

READ AND REVIEWED:

*/s/ Amy E. Cross*  
Amy E. Cross  
Special Assistant United States Attorney

*/s/ Brian R. Lewis*  
*Complainant's signature*

Brian R. Lewis, Special Agent (HSI)  
*Printed name and title*

Sworn to before me and signed in my presence.

Date: August 3, 2012

City and state: Norfolk, VA

*/s/ Tommy E. Miller*  
*Judge's signature*

**TOMMY E. MILLER**  
**UNITED STATES MAGISTRATE JUDGE**  
*Printed name and title*